**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HENRY F. SUTHON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7308** |
| **AMERICAN NATIONAL PROPERTY** | **SECTION: "K"(1)** |

**ORDER**

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the Motion to Dismiss (Rec.Doc.No. 7) set for hearing on August 8, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the extra-contractual claims based on state law are hereby **DISMISSED** leaving only the breach of contract claim.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil

Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16, 83.  A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

 New Orleans, Louisiana, on this __9th__ day of August, 2007.

              **STANWOOD R. DUVAL, JR.**
             **UNITED STATES DISTRICT COURT JUDGE**